IH-32  Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

GLORIOUS LEE

**Existing Plaintiff in an existing Case Allen, et al v General Motors, LLC 1:17-cv-07441**

Plaintiff

Case Number

vs.

GENERAL MOTORS, LLC

Defendant

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

IN RE GENERAL MOTORS, LLC
IGNITION SWITCH LITIGATION

Plaintiff

Case Number

vs.

14MD2543

Defendant

IH-32                                                                                                          Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This case arises out of the same negligence and recklessness by General Motors, LLC in 14-md-2543 (MDL 2543).

Signature: _____  Date: 4/27/2018

Firm: Weller, Green, Toups & Terrell, L.L.P.